IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **KYLEE BROOKS** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | |
| § | | |
| **LARRSCORAN MANAGEMENT, LLC,** § | **Civil Action No. 6:23-cv-509-ADA-DTG** | |
| **d/b/a BOSSIER CHRYSLER DODGE** § | | |
| **JEEP RAM and MIKE TERRY** § | | |
| **AUTOMOTIVE GROUP II, LLC AS** § | | |
| **SUCCESSOR** § | | |
| § | | |
| *Defendants*. § | | |

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

On this date came on for hearing the above-entitled and numbered cause, and came the Plaintiff, Kylee Brooks, and the Defendants, Larrscoran Management, LLC, d/b/a Bossier Chrysler Dodge Jeep Ram and Mike Terry Automotive Group II, LLC, appearing by and through their respective attorneys of record, indicating that Plaintiff, Kylee Brooks, no longer wishes to prosecute her case and this action against Defendants, Larrscoran Management, LLC, d/b/a Bossier Chrysler Dodge Jeep Ram and Mike Terry Automotive Group II, LLC, and agrees to the entry of an Agreed Final Order of Dismissal with Prejudice. It is, therefore,

ORDERED AND DECREED that the claims of Plaintiff, Kylee Brooks, against Defendants, Larrscoran Management, LLC, d/b/a Bossier Chrysler Dodge Jeep Ram and Mike Terry Automotive Group II, LLC, be and they are hereby dismissed with prejudice. It is, further,

ORDERED that all such other and further relief sought by this case which is not expressly granted herein is Denied. All court costs are taxed against the parties incurring same. This Order disposes of all claims and all parties.

SIGNED this 6th day of March, 2024.

*(signature)*
**Alan D Albright**
**United States District Judge**

**AGREED:**

*/s/ Brian Pounds*
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
Madison Chilton
Texas Bar No. 24132727
mchilton@equalrights.law
Brian Pounds
Texas Bar No. 24126432
bpounds@equalrights.law
**ELLWANGER HENDERSON LLLP**
11149 Research Blvd. Ste. 100
Austin, TX 78759
Telephone/Fax: (737) 808-2263
**ATTORNEYS FOR PLAINTIFF**

*/s/ Sonia B. Alfaro*
**SONIA B. ALFARO**
State Bar No. 24086849
**MEADERS & ALFARO**
Two Riverway, Suite 845
Houston, TX 77056
Telephone: (713) 403-3125
Facsimile: (855) 602-8224
Email: salfaro@meaderslaw.com
**ATTORNEYS FOR DEFENDANT,**
**LARRSCORAN MANAGEMENT, LLC,**
**d/b/a BOSSIER CHRYSLER DODGE JEEP RAM**

**AGREED:**

*/s/ Gregory Lowry*
**GREGORY LOWRY**
Texas Bar No. 24032556
glowry@feesmith.com
**FEE, SMITH, & SHARP LLP**
5301 Southwest Parkway, Suite 460
Austin, Texas 78735
512-428-4672
512-479-8402 [Fax]
glowry@feesmith.com
**ATTORNEYS FOR DEFENDANT**
**MIKE TERRY AUTOMOTIVE GROUP II, LLC**